UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERENA LOUISE CRAWFORD, et al., | No.  2:26-cv-00753-DAD-DMC (PS) |
| Plaintiff, | |
| v. | ORDER REFERRING MOTION TO ASSIGNED MAGISTRATE JUDGE |
| COUNTY OF BUTTE, et al., | (Doc. No. 3) |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion for a temporary restraining order filed by plaintiff Crawford (Doc. No. 3) is hereby referred to United States Magistrate Judge Dennis M. Cota for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).[1]

IT IS SO ORDERED.

Dated:  **March 9, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that, upon its initial review of the record, it appears that plaintiff Crawford may not bring claims on behalf of another while proceeding *pro se*. *See Villa v. Simmons*, No. 5:22-cv-00579-JGB-JC, 2023 WL 4681629, at *5 (C.D. Cal. Feb. 21, 2023) (dismissing the plaintiff's claims for excessive force brought on behalf of his wife). "It is well established that the privilege to represent oneself *pro se* provided by § 1654 is personal to the litigant and does not extend to other parties or entities." *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008).

1