UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERENEA LOUISE CRAWFORD, et al.,

Plaintiffs,

v.

COUNTY OF BUTTE, et al.,

Defendants.

No. 2:26-cv-00753-DAD-DMC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

(Doc. Nos. 3, 5)

Plaintiffs Sherena Louise Crawford is proceeding *pro se* and *in forma pauperis* in this civil action which she initiated by the filing of the original complaint in this court on March 6, 2026. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2026, the assigned magistrate judge issued findings and recommendations that plaintiffs' motion for temporary restraining order (Doc. No. 3) be denied. (Doc. No. 5.) Specifically, the magistrate judge found that plaintiff Crawford was primarily seeking relief on behalf of her son Christopher Shayne Almodova. (*Id.* at 3.) The magistrate judge noted that a *pro se* litigant cannot seek relief on behalf of another and accordingly plaintiff could not obtain the temporary restraining order sought. (*Id.* at 3–4.) As to plaintiff's motion for relief on her own behalf, the magistrate judge found that plaintiff's allegations did not draw a sufficient nexus from

1

defendants' actions to the purported harms she has purportedly suffered. (*Id.* at 4.) Accordingly, the magistrate judge concluded that plaintiff had not met the burden to justify the issuance of a temporary restraining order. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4–5.) To date, no objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the recommendation set forth in the findings and recommendations is supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations issued on March 11, 2026 (Doc. No. 5) are ADOPTED in full;

2.   Plaintiff's motion for temporary restraining order (Doc. No. 3) is DENIED without prejudice; and

3.   This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 23, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2